## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

MIDWEST THEATRES CORPORATION,            Case No. 10-46834 NCD

                                                             Chapter 11 Case

            Debtor.

## ORDER

The above-captioned matter came on for hearing upon the Motion of The Business Bank ("**Movant**"), to modify the stay imposed by 11 U.S.C. § 362.

Based upon all the evidence and the Court being fully advised of the premises,

IT IS HEREBY ORDERED THAT:

1. Movant's motion for relief from the automatic stay is granted so as to allow Movant to enforce its state law and contractual remedies including partial strict foreclosure to foreclose its interest in the property of the Debtors described as follows:

> IMAX MPX Theatre System and related equipment:
>
> Theatre System Components:
> MPX Projection Unit
> Quick Turn Reel Unit (including film platters)
> MPX Multi-channel Digital Sound System
> MPX Control Console
> MPX Lousdpeakers
> MPX Screen System
> Polarized 3D Glasses
> Polarized Glasses Cleaning System
> IMAX Make Up Table
> IMAX MPX Projection Port Window

2. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

7

Dated: \_\_\_\_October 21, 2010\_\_\_\_, 2010.

/e/ Nancy C. Dreher

Nancy C. Dreher
Chief Judge of the United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2010*
Lori Vosejpka, Clerk, by KK