**DEBTOR:** Midwest Theatres Corp.

**CASE NUMBER:** 10-46834

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

Form 2-A
COVER SHEET

For Period Ending  10/31/2010

**Accounting Method:**  [x] Accrual Basis   [ ] Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 11/23/2010

**Print Name:** Bryan J. Sieve

**Signature:** [signed]

**Title:** CFO

Rev. 01/01/08

2010-10 US Trustee Mo. Report.xls FORM 2A

**DEBTOR:** Midwest Theatres Corp          **CASE NO:** 10-46834

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/01/10 to 10/31/10

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 371,884 (1) [a] | $ 552,405 (1) |
| 2. Cash Receipts | | |
|    Operations | 864,792 | 1,202,328 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 0 | 0 |
|    Total Cash Receipts | $ 864,792 | $ 1,202,328 |
| 3. Cash Disbursements | | |
|    Operations | 967,026 | 1,485,083 |
|    Debt Service/Secured loan payment | 16,657 | 16,657 |
|    Professional fees/U.S. Trustee fees | 325 | 325 |
|    Other | 0 | 0 |
|    Total Cash Disbursements | $ 984,008 | $ 1,502,065 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -119,216 | -299,737 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 252,668 (2) | $ 252,668 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | Cash at Unit Locations | $ 24,620 |
| DIP Operating Account | FMB, UCB MPS, SB&T | 90,450 |
| DIP State Tax Account | n/a | 0 |
| DIP Payroll Account | n/a | 0 |
| Local Depository Accounts | UCB, FMB, FF&M, NCB, MNB, WWCU | 85,294 |
| Other Operating Account | Mecury Pay CC & Movie Tickets.com | 52,304 |
| Other Interest-bearing Account | n/a | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 252,668 (2) |

*(1) **Accumulated beginning cash** balance is the cash available at the commencement of the case.*
*   **Current month beginning cash** balance should equal the previous month's ending balance.*
*(2) **All cash balances should be the same.***

Page 1 of 3
Rev. 01/01/08

[a] Starting Balance > $14,692 due to Dakota Elect ACH that was previously recorded as 9/29 vs 10/2 actual.

**DEBTOR:** Midwest Theatres Corp.    **CASE NO:** 10-46834

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 10/01/10 to 10/31/10

**CASH RECEIPTS DETAIL**    **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|------|-------|-------------|---------|
|  | General Retail | Theatre Admissions / F&B Sales | 864,792 |
|  |  | **Total Cash Receipts** $ | 864,792 (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/08

2010-10 US Trustee Mo. Report.xls FORM 2B - Cash Rcpts

**DEBTOR:** Midwest Theatres Corp.   **CASE NO:** 10-46834

**Form 2-C**
## COMPARATIVE BALANCE SHEET

**For Period Ended:** 10/31/10

| | | | Current Month | Petition Date (1) |
|---|---|---|---:|---:|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | | | $ 252,668 | $ 552,405 |
| Accounts Receivable (from Form 2-E) | | | 82,611 | 15,717 |
| Receivable from Officers, Employees, Affiliates | | | 0 | 0 |
| Inventory | | | 103,974 | 119,033 |
| Other Current Assets :(List) | Sundry A/R | | 15,395 | 7,937 |
| | PrePaid Expenses | | 31,286 | 40,544 |
| | Film Advances | | 12,756 | 0 |
| | Security Deposits | | 23,464 | 45,759 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| Total Current Assets | | | $ 522,154 | $ 781,395 |
| Fixed Assets: | | | | |
| Land | | | $ 381,648 | $ 381,648 |
| Building | | | 1,355,016 | 1,355,016 |
| Equipment, Furniture and Fixtures | | | 8,671,034 | 8,671,034 |
| Total Fixed Assets | | | 10,407,698 | 10,407,698 |
| Less:  Accumulated Depreciation | | | ( 6,887,135 ) | ( 6,738,476 ) |
| Net Fixed Assets | | | $ 3,520,563 | $ 3,669,222 |
| Other Assets (List): | Intangibles (Net) | | 79,075 | 81,047 |
| | Loans to affiliates | | 4,423,538 | 4,422,473 |
| | Goodwill | | 271,128 | 271,128 |
| | Rounding | | -3 | -2 |
| **TOTAL ASSETS** | | | $ 8,816,455 | $ 9,225,263 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | | $ 220,178 | $ 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | | 16,036 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | | 5,793 | 0 |
| Post-petition Notes Payable | | | 0 | 0 |
| Other Post-petition Payable(List): | Accrued Film Liability | | 219,710 | 0 |
| | | | 0 | |
| Total Post Petition Liabilities | | | $ 461,717 | $ 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | | 6,914,364 | 6,915,249 |
| Priority Debt | | | 273,729 | 452,973 |
| Unsecured Debt | | | 2,658,134 | 3,162,035 |
| Total Pre Petition Liabilities | | | $ 9,846,227 | $ 10,530,257 |
| **TOTAL LIABILITIES** | | | $ 10,307,944 | $ 10,530,257 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | | | $ 879,478 | $ 879,478 |
| Retained Earnings - Prepetition | | | -2,370,967 | -2,184,472 |
| Retained Earnings - Post-petition | | | 0 | 0 |
| **TOTAL OWNERS' EQUITY** | | | $ -1,491,489 | $ -1,304,994 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | $ 8,816,455 | $ 9,225,263 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** Midwest Theatres Corp.　　　　　**CASE NO:** 10-46834

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 10/01/10 **to** 10/31/10

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 818,954 | $ 1,185,358 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 818,954 | $ 1,185,358 |
| Cost of Goods Sold | 345,849 | 495,564 |
| **Gross Profit** | $ 473,105 | $ 689,794 |
| Operating Expenses | | |
|   Officer Compensation | $ 16,667 | $ 33,333 |
|   Selling, General and Administrative | 287,097 | 506,358 |
|   Rents and Leases | 109,895 | 225,356 |
|   Depreciation, Depletion and Amortization | 74,552 | 150,632 |
|   Other (list): | 0 | 0 |
|    | 0 | 0 |
| Total Operating Expenses | $ 488,211 | $ 915,679 |
| **Operating Income (Loss)** | $ -15,106 | $ -225,885 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 8,463 | 24,920 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 8,463 | $ 24,920 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 16,036 | $ 16,361 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 16,036 | $ 16,361 |
| **Net Income (Loss) Before Income Taxes** | $ -22,679 | $ -217,326 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ -22,679 | $ -217,326 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Midwest Theatres Corp.   **CASE NO:** 10-46834

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:** 10/01/10 **to** 10/31/10

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number |  | Ending Balance |
|---|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | | |
| Federal | $ 0 | $ 8,950 | 4,712 | 10/13/2010 | EFT 101310 | | |
|  | | | 4,238 | 10/29/2010 | EFT 102910 | | |
| Totals | 0 | 8,950 | 8,950 | | | $ | 0 |
| | | | | | | | |
| State | | | 2,216 | 10/13/2010 | EFT 101310 | MN | |
|  | | | 2,086 | 10/29/2010 | EFT 102910 | MN | |
|  | | | 473 | 10/29/2010 | EFT 102910 | IA | |
|  | | | 236 | 10/29/2010 | EFT 102910 | WI | |
| Totals | 630 | 4,434 | 5,011 | | | $ | 53 |
| **FICA Tax Withheld** | | | 4,864 | 10/13/2010 | EFT 101310 | | |
|  | | | 4,719 | 10/29/2010 | EFT 102910 | | |
| Totals | 0 | 9,583 | 9,583 | | | $ | 0 |
| | | | | | | | |
| **Employer's FICA Tax** | | | 4,864 | 10/13/2010 | EFT 101310 | | |
|  | | | 4,719 | 10/29/2010 | EFT 102910 | | |
| Totals | 0 | 9,583 | 9,583 | | | $ | 0 |
| **Unemployment Tax** | | | | | | | |
| Federal | 2,204 | 347 | 2,204 | 10/31/2010 | EFT 1031/10 | | 347 |
| State | 5,428 | 1,042 | 5,924 | 10/31/2010 | EFT 1031/10 | | 546 |
| **Sales, Use & Excise Taxes** | 23,975 | 48,908 | 16,875 | 10/14, 10/20 | EFT 10/14, 10/20 | | 56,008 |
| **Property Taxes** | 313,842 | -6,581 | 358,422 | | 25933, 25934, 25935 ACH 011410 | | -51,161 |
| **Accrued Income Tax:** | | | | | | | |
| Federal | 0 | 0 | 0 | | | | 0 |
| State | 0 | 0 | 0 | | | | 0 |
| Other: | 0 | 0 | 0 | | | | 0 |
| **TOTALS** | $ 346,078 | $ 85,216 | $ 449,678 | | | $ | 5,793 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | * d/b/a Indiana Ins. | $ 500,000 / Incident | 12/31/2010 | 10/31/2010 |
| General Liability | * d/b/a Indiana Ins. | 2,000,000 | 12/31/2010 | 10/31/2010 |
| Property (Fire, Theft) | * d/b/a Indiana Ins. | 25,087,355 | 12/31/2010 | 10/31/2010 |
| Vehicle | * d/b/a Indiana Ins. | 1,000,000 | 12/31/2010 | 10/31/2010 |
| Other (list): | | | | |
| Contents | * d/b/a Indiana Ins. | 8,247,000 | 12/31/2010 | 10/31/2010 |
| Signs | * d/b/a Indiana Ins. | 351,116 | 12/31/2010 | 10/31/2010 |
| Umbrella | * d/b/a Indiana Ins. | 10,000,000 | 12/31/2010 | 10/31/2010 |
| Business Income | * d/b/a Indiana Ins. | 9,082,000 | 12/31/2010 | 10/31/2010 |

* Netherlands Ins. Co. / Midwestern Indemnity Co.

**DEBTOR:** Midwest Theatres Corp.  **CASE NO:** 10-46834

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period 10/01/10 to 10/31/10

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---:|---:|
| Under 30 days | $ 46,100 | $ 134,981 |
| 30 to 60 days | 22,216 | 85,197 |
| 61 to 90 days | 12,365 | 0 |
| 91 to 120 days | 0 | 0 |
| Over 120 days | 1,500 | 0 |
| **Total Post Petition** | 82,181 | |
| **Pre Petition Amounts** | 0 | |
| Total Accounts Receivable | $ 82,181 | |
| Less: Bad Debt Reserve | 0 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 82,181 | |
| **Total Post Petition Accounts Payable** | | $ 220,178 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---:|---:|---:|---|---:|
| Debtor's Counsel | $ 23,464 | $ 16,036 | $ 0 | | $ 7,428 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: | 0 | 0 | 0 | | 0 |
| Total | $ 23,464 | $ 16,036 | $ 0 | | $ 7,428 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\*

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---:|
| Steve Tripp | CEO | Employment | $ 4,167 |
| Bryan Sieve | CFO | Employment | 4,167 |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.*

**DEBTOR:** Midwest Theatres Corp.   **CASE NO:** 10-46834

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 10/31/10

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | $ | 0 $ | | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | $ | 0 $ | | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | 2010 | 532,748 | | | |
| TOTAL 3rd Quarter | $ | 532,748 $ | 4,875 | | |
| October | 2010 | $ 984,009 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | $ | 984,009 $ | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999........ | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more................... | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:** Midwest Theatres Corp.   **CASE NO:** 10-46834

**Form 2-G**
**NARRATIVE**
For Period Ending: 10/31/10

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Film Licensing Agreements have bene reached with all Studios.
Cash Account #1100-05 has been inactivated
Theatre Depository account #1105-03 has not been reconciled due to statement not being received.

Page 1 of 1
Rev. 01/01/08

2010-10 US Trustee Mo. Report.xls FORM 2G - Narrative