UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

MIDWEST THEATRES CORPORATION,    Case No. 10-46834
                                  Chapter 11 Case

Debtor.

_____

## ORDER

_____

The above-captioned matter came on for a hearing upon the Motion of United Community Bank ("Movant") pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) and Fed. R. Bankr. P. 4001 seeking expedited relief from the automatic stay as it applies to Debtor's trade fixtures, furniture, personal property and other equipment (the "Collateral") subject to United Community Bank's perfected blanket security interest.

Based upon all the evidence and the Court being fully advised of the premises,

IT IS ORDERED:

1. Movant's request for expedited relief is granted.

2. Movant's motion for relief from the automatic stay is granted so as to allow Movant to enforce its state law and contractual remedies to foreclose its interest with respect to the Collateral located at the Cineplex Chateau 14 located in Rochester, MN and the Cineplex Atlantis 15, located in Burnsville, MN.

3. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: __January 20, 2011__        /e/ Nancy C. Dreher
                                    _____
                                    Nancy C. Dreher
                                    Chief Judge, United States Bankruptcy Court

871850\1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/20/2011*
Lori Vosejpka, Clerk, by KK