IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) | |
| | ) | Chapter 11 |
| Midwest Theatres Corporation | ) | Case No. BKY 10-46834 |
| | ) | |
| Debtor. | ) | |

_____

**ORDER GRANTING MOTION OF
FIRST MINNESOTA BANK
FOR RELIEF FROM THE AUTOMATIC STAY**
_____

This case came before the court on a motion of First Minnesota Bank seeking relief from the automatic stay imposed by 11 U.S.C. § 362, and relief from the 14-day stay of order pursuant to Federal Bankruptcy Rule 4001(a)(3) (the "Motion").

Based on the Motion and the file, IT IS ORDERED:

1. First Minnesota Bank is granted relief from the automatic stay imposed by 11 U.S.C. § 362 to permit First Minnesota Bank to foreclose upon, and to otherwise exercise its contractual and other available rights and remedies as a secured creditor with respect to the Personal Property as described in the Motion, including but not limited to all collection, notice, and liquidation rights and causes of action under Chapters 336 and 565 of the Minnesota Statutes.

1

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: March 10, 2011.

/e/ Nancy C. Dreher

United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/10/2011*
Lori Vosejpka, Clerk, by KK

l:\tom\clients\first minnesota bank (edina)\midwest theatres corp\mtc chapter 11\comprehensive lift stay motion\order-relief from stay.doc